IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,                        )
                                     )
    Plaintiff,                       )
                                     )      Case No. 1731-CC01498
v                                    )
                                     )
LOWE'S HOME CENTERS, LLC,            )
                                     )
    Defendants.                      )

## **CERTIFICATE OF SERVICE**

The undersigned certifies that complete copies of *Defendant Lowe's Home Centers, LLC's Responses to Plaintiff's First Request for Production of Documents, Answers to Plaintiff's First Interrogatories, Objections to Plaintiff's First Interrogatories and Objections to Plaintiff's First Request for Production of Documents* were served via first class mail, postage prepaid and via e-mail and U.S. mail this 17th day of January, 2018, to James E. Corbett 2015 East Phelps Street, Springfield, MO, 65802, jcorbett@corbettlawfirm.com and Kenneth Johnson, 901 St. Louis Street, Suite 1600, Springfield, MO 65806 kenj95357@aol.com.

HEPLERBROOM, LLC

By:    */s/ Justin L. Assouad*
    JUSTIN L. ASSOUAD    #48576
    jla@heplerbroom.com
    ZOE J. GROSS    #69108
    zjg@heplerbroom.com
    211 North Broadway, Suite 2700
    St. Louis, MO 63102
    (314) 241-6160 – Telephone
    (314) 241-6116 – Facsimile
    *ATTORNEYS FOR DEFENDANT LOWE'S HOME CENTERS LLC*

**EXHIBIT**

A

**PROOF OF SERVICE**

I hereby certify that I electronically filed on this 18th day of January, 2018, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Corbett
2015 East Phelps Street
Springfield, MO 65802
jcorbett@corbettlawfirm.com
P: (417) 866-6665
F: (417) 866-6699

Kenneth Johnson
901 St. Louis Street
Suite 1600
Springfield, MO 65806
kenj95357@aol.com.
P: (417) 862-1741

Attorneys for Plaintiff

_____ */s/ Justin L. Assouad* _____

## 3IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,                          )
                                       )
    Plaintiff,                          )
                                       )
    V.                                  )    Case No.: 1731-CC01498
                                       )
LOWE'S HOME CENTERS, LLC,              )
                                       )
    Defendant.                          )

### CERTIFICATE OF SERVICE

I certify that *Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production Directed to Plaintiff Beth Sifford, Plaintiff's Objections and Answers to Defendant's First Interrogatories Directed to Plaintiff Beth Sifford,* and this *Certificate of Service* were delivered by placing same in the U.S. mail, postage prepaid, this 2nd day of January 2018 addressed to the following:

    Zoe J. Gross
    Justin Assouad
    HelperBroom, LLC
    211 North Broadway, Suite 2700
    Saint Louis, MO 63102
    Attorneys for: Lowe's Home Centers, LLC

          **CORBETT LAW FIRM, P.C.**

          JAMES E. CORBETT    #36279
          2015 East Phelps Street
          Springfield, MO 65802
          (417) 866-6665 (FAX) 866-6699
          jcorbett@corbettlawfirm.com
          Attorneys for Plaintiff

Electronically Filed - Greene - December 26, 2017 - 02:35 PM

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,                      )
                                   )
    Plaintiff,                   )
                                   )
        V.                  )    Case No.: 1731-CC01498
                                   )
LOWE'S HOME CENTERS, LLC,          )
                                   )
    Defendant.                   )

## MOTION FOR CHANGE OF JUDGE

COMES NOW Plaintiff, by and through counsel, and pursuant to Missouri Supreme Court

Rule 51.05, hereby move for a change of judge in the above-captioned matter.

**CORBETT LAW FIRM, P.C.**

*/s/*    *James E. Corbett*

_____
JAMES E. CORBETT    #36279
2015 East Phelps Street
Springfield, MO 65802
Ph. (417) 866-6665 Fax (417) 866-6699
jcorbett@corbettlawfirm.com
Attorneys for Plaintiff

`

Electronically Filed - Greene - December 21, 2017 - 04:39 PM

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,                           )
                                        )
        Plaintiff,              )
                                        )
        V.                      )    Case No.: 1731-CC01498
                                        )
LOWE'S HOME CENTERS, LLC,               )
                                        )
        Defendant.              )

### CERTIFICATE OF SERVICE

I certify that *Plaintiff's First Interrogatories to Defendant, Plaintiff's First Request for Production
to Defendant,* and this *Certificate of Service* were delivered by placing same in the U.S. mail,
postage prepaid, this 21st day of December 2017 addressed to the following:

      Zoe J. Gross
      Justin Assouad
      HelperBroom, LLC
      211 North Broadway, Suite 2700
      Saint Louis, MO 63102
      Attorneys for: Lowe's Home Centers, LLC

                CORBETT LAW FIRM, P.C.

                _____
                JAMES E. CORBETT          #36279
                2015 East Phelps Street
                Springfield, MO 65802
                (417) 866-6665 (FAX) 866-6699
                jcorbett@corbettlawfirm.com
                Attorneys for Plaintiff

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,                                    )
                                                 )
      Plaintiff,                          )
                                                 )
          V.                        )     Case No.: 1731-CC01498
                                                 )
LOWE'S HOME CENTERS, LLC,                         )
                                                 )
      Defendant.                          )

## PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES CONTAINED IN DEFENDANT LOWE'S HOME CENTERS, LLC'S ANSWER TO PLAINTIFF'S PETITION

COMES NOW Plaintiff, by and through her counsel, Corbett Law Firm, PC and with her

*Reply to Defendant's Affirmative Defenses Contained in Defendant Lowe's Home Centers, LLC's*

*Answer to Plaintiff's Petition,* states as follows:

1.     Plaintiff denies Affirmative Defense 1.

2.     Plaintiff denies Affirmative Defense 2.

3.     Plaintiff denies Affirmative Defense 3.

4.     Plaintiff denies Affirmative Defense 4.

5.     Plaintiff denies Affirmative Defense 5.

6.     Plaintiff denies Affirmative Defense 6.

                         **CORBETT LAW FIRM, P.C.**

                         JAMES E. CORBETT    #36279
                         2015 East Phelps Street
                         Springfield, MO 65802
                         (417) 866-6665 (FAX) 866-6699
                         jcorbett@corbettlawfirm.com
                         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that *Plaintiff's Reply to Defendant's Affirmative Defenses Contained in Defendant Lowe's Home Centers, LLC's Answer to Plaintiff's Petition* was served through the electronic filing system pursuant to Supreme Court Rule 103.08 this 20th day of December 2017 addressed to the following:

> Zoe J. Gross
> Justin Assouad
> HelperBroom, LLC
> 211 North Broadway, Suite 2700
> Saint Louis, MO 63102
> Attorneys for: Lowe's Home Centers, LLC

JAMES E. CORBETT          #36279

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD ,                          )
                                        )
         Plaintiff,                     )
                                        )       Case No. 1731-CC01498
v                                       )
                                        )
LOWE'S HOME CENTERS, LLC,               )
                                        )
         Defendants.                    )

## ENTRY OF APPEARANCE

COME NOW Justin L. Assouad and the law firm of HEPLERBROOM, LLC, and hereby

enter their appearance on behalf of Defendant Lowe's Home Centers, LLC.

HEPLERBROOM, LLC

By:_____*/s/ Justin L. Assouad*_____
         JUSTIN L. ASSOUAD          #48576
         jla@heplerbroom.com
         Zoe J. Gross          #69108
         zjg@heplerbroom.com
         211 North Broadway, Suite 2700
         St. Louis, MO  63102
         (314) 241-6160 – Telephone
         (314) 241-6116 – Facsimile
         *ATTORNEY FOR DEFENDANT LOWE'S HOME
         CENTERS LLC*

## PROOF OF SERVICE

I hereby certify that I electronically filed on this 12th day of December, 2017, the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of such filing
to the following:

James E. Corbett
2015 East Phelps Street
Springfield, MO  65802
jcorbett@corbettlawfirm.com
P:  (417) 866-6665
F:  (417) 866-6699

1

Electronically Filed - Greene - December 12, 2017 - 04:06 PM

Electronically Filed - Greene - December 12, 2017 - 04:06 PM

Kenneth Johnson
901 St. Louis Street
Suite 1600
Springfield, MO 65806
P: (417) 862-1741

Attorneys for Plaintiff

_____/s/ Justin L. Assouad_____

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | | |
|---|---|---|
| BETH SIFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1731-CC01498 |
| v | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LOWE'S HOME CENTERS, LLC'S
## ANSWER TO PLAINTIFF'S PETITION

COMES NOW Defendant Lowe's Home Centers, LLC, by and through its undersigned attorneys, and for its Answer to Plaintiff's Petition, states as follows:

1.      Defendant objects and moves to strike Paragraph 1 of Plaintiff's Petition insofar as it states a pure legal conclusion rather than a short and plain statement of fact as required by Rule 55.05 of the Missouri Rules of Civil Procedure. To the extent that a response is required, Defendant denies that Plaintiff has any valid cause of action against this Defendant and therefore denies same.

2.      Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Petition.

3.      Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Petition.

4.      Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Petition.

5.      Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Petition including all subparts thereto.

## AFFIRMATIVE DEFENSES

1.      Defendant states that whatever damages or injuries Plaintiff may have sustained were as a result of Plaintiff's own negligence and carelessness directly contributing thereto. Defendant hereby invokes the defense of comparative negligence as adopted by the Missouri

1

Supreme Court. This Defendant states that the Plaintiff was comparatively negligent in that she failed to keep a careful lookout.

2.      Plaintiff has failed to mitigate her damages and is thereby barred from recovering herein.

3.      Defendant states that the Petition fails to state a cause of action in that any condition involved in the Plaintiff's incident would have been open and obvious therefore negating or barring any claim she may have. Plaintiff assumed the alleged risk of any danger alleged in her Petition.

4.      Plaintiff's Petition fails to state a cause of action and fails to state a claim upon which relief may be granted to the Plaintiff and against this Defendant.

5.      Defendant states that whatever damages or injuries Plaintiff may have sustained were as the result of the negligence and carelessness of third parties over whom this Defendant had neither control nor the right to control.

6.      This Defendant hereby invokes the protections of the Missouri Tort Reform Act (MO House Bill 393)

**WHEREFORE**, having fully answered, Defendant prays to be dismissed hence with its costs.

HEPLERBROOM, LLC

By:_____*/s/ Justin L. Assouad*_____
        JUSTIN L. ASSOUAD          #48576
        jla@heplerbroom.com
        ZOE J. GROSS              #69108
        zjg@heplerbroom.com
        211 North Broadway, Suite 2700
        St. Louis, MO 63102
        (314) 241-6160 – Telephone
        (314) 241-6116 – Facsimile
        *ATTORNEYS FOR DEFENDANT LOWE'S HOME
        CENTERS LLC*

**PROOF OF SERVICE**

I hereby certify that I electronically filed on this 12th day of December, 2017, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Corbett
2015 East Phelps Street
Springfield, MO 65802
jcorbett@corbettlawfirm.com
P: (417) 866-6665
F: (417) 866-6699

Kenneth Johnson
901 St. Louis Street
Suite 1600
Springfield, MO 65806
P: (417) 862-1741

Attorneys for Plaintiff

                              /s/ Justin L. Assouad

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| BETH SIFFORD , | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1731-CC01498 |
| v | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

COMES NOW Zoe J. Gross, and hereby enters her appearance on behalf of Defendant

Lowe's Home Centers, LLC.


HEPLERBROOM, LLC

By:_____ */s/ Zoe J. Gross*_____
     JUSTIN L. ASSOUAD     #48576
     jla@heplerbroom.com
     Zoe J. Gross     #69108
     zjg@heplerbroom.com
     211 North Broadway, Suite 2700
     St. Louis, MO 63102
     (314) 241-6160 – Telephone
     (314) 241-6116 – Facsimile
     *ATTORNEY FOR DEFENDANT LOWE'S HOME*
     *CENTERS LLC*

## **PROOF OF SERVICE**

I hereby certify that I electronically filed on this 12th day of December, 2017, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Corbett
2015 East Phelps Street
Springfield, MO 65802
jcorbett@corbettlawfirm.com
P: (417) 866-6665
F: (417) 866-6699

1

Kenneth Johnson
901 St. Louis Street
Suite 1600
Springfield, MO 65806
P: (417) 862-1741

Attorneys for Plaintiff

_____*/s/ Zoe J. Gross*_____

Electronically Filed - Greene - December 12, 2017 - 04:34 PM

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| BETH SIFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1731-CC01498 |
| v | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that complete copies of *Defendant Lowe's Home Centers, LLC's First Set of Interrogatories and First Request for Production of Documents* were served via first class mail, postage prepaid and via E-Mail in Microsoft Word format this 12th day of December, 2017, to James E. Corbett 2015 East Phelps Street, Springfield, MO, 65802, jcorbett@corbettlawfirm.com and Kenneth Johnson, 901 St. Louis Street, Suite 1600, Springfield, MO 65806 kenj95357@aol.com.

HEPLERBROOM, LLC

By: _____ */s/ Justin L. Assouad* _____
    JUSTIN L. ASSOUAD    #48576
    jla@heplerbroom.com
    ZOE J. GROSS    #69108
    zjg@heplerbroom.com
    211 North Broadway, Suite 2700
    St. Louis, MO 63102
    (314) 241-6160 – Telephone
    (314) 241-6116 – Facsimile
    *ATTORNEYS FOR DEFENDANT LOWE'S HOME CENTERS LLC*



# IN THE 31ST JUDICIAL CIRCUIT COURT, GREENE COUNTY, MISSOURI

| Judge or Division: | Case Number: 1731-CC01498 |
|---|---|
| Plaintiff/Petitioner:<br>BETH SIFFORD<br><div align=right>vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD CORBETT JR<br>2015 E PHELPS ST<br>SPRINGFIELD, MO 65802-2284 |
| Defendant/Respondent:<br>LOWES HOME CENTERS LLC | Court Address:<br>JUDICIAL COURTS FACILITY |
| Nature of Suit:<br>CC Pers Injury-Other | 1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** LOWES HOME CENTERS LLC
**Alias:**
R/A CSC-LAWYERS INC SERVICE CO
221 BOLIVAR ST
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____11/9/17_____     _____/s/Kerri Jerome_____
              Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
       Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                Date                                   Notary Public

**Sheriff's Fees**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 17-SMCC-2658**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Greene - November 08, 2017 - 10:06 AM

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

BETH SIFFORD,

        PLAINTIFF,

           V.                             Case No.:

LOWE'S HOME CENTERS, LLC,

        DEFENDANT.

## PETITION

**COMES NOW** Plaintiff Beth Sifford (hereinafter referred to as "Plaintiff"), by and through her attorneys of record, Corbett Law Firm, P.C., and for her claim against Lowe's Home Centers, LLC, (hereinafter referred to as "Defendant"), states, alleges, and avers as follows:

1. Jurisdiction and venue for this cause of action lie in the Circuit Court of Greene County, Missouri, for the reason that the incident referred to herein occurred in Springfield, Greene County, Missouri.

2. On August 28, 2017, Defendant owned and maintained the shopping carts that were on its premises located at 1850 E. Primrose in Springfield, Greene County, Missouri. (the premises)

3. On August 28, 2017, Plaintiff was at the customer service counter at the premises when she accidentally bumped into one of Defendant's shopping carts and lacerated both of her shins because the shopping cart had a sharp edge on the bed of the cart.

4. Defendant was negligent in maintaining a shopping cart with a sharp edge on the bed of the cart.

5. As a result of Defendant's negligence Plaintiff sustained the following damages:

1

(a)     Past, present, and future medical supplies, medicine, and services of physicians, nurses, hospitals, pharmacists, physical therapists, and services of all other health care providers and related medical expenses;

(b)     Lacerations to both legs;

(c)     Loss of household contributions.

**WHEREFORE** Plaintiff prays for judgment against Defendant in such sum as is fair and reasonable, interest at the legal rate from the date of judgment, for her costs of action incurred herein, and for such other further relief as is just and proper.

CORBETT LAW FIRM, P.C.

JAMES E. CORBETT #36279
Attorney for Plaintiff
2015 East Phelps Street
Springfield, MO 65802
jcorbett@corbettlawfirm.com
Phone (417) 866-6665
Fax (417) 866-6699

KENNETH W. JOHNSON #21541
Attorney for Plaintiff
901 St. Louis St., Ste. 1600
Springfield, MO 65806
Phone (417) 862-1741

2